MORGAN, LEWIS & BOCKIUS, LLP
Nathan J. Hochman (SBN 139137)
nathan.hochman@bingham.com
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, California  90404-4082
Telephone:  310.907.1000
Facsimile:  310.907.2000

Attorneys for Defendant
Richard Chong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 3:13CR00442-001 JST |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE: TRAVEL WHILE ON PROBATION |
| v. | Judge:    Honorable Jon S. Tigar |
| RICHARD CHONG, | |
| Defendant. | |

HAVING CONSIDERED the stipulation submitted by the parties concerning Defendant Richard Chong's international travel request, IT IS HEREBY ORDERED that Defendant Richard Chong be permitted to travel while on probation to Taiwan and Hong Kong to accompany his 84-year mother who will be attending a funeral and visiting her elderly brother from January 8-15, 2015.

IT IS SO ORDERED.

Dated:  January 2, 2015

_____
Honorable Jon S. Tigar
United States District Judge

Submitted by:

   ss// Nathan J. Hochman
NATHAN J. HOCHMAN