1  MORGAN, LEWIS & BOCKIUS LLP
   Nathan J. Hochman (SBN 139137)
2  nathan.hochman@morganlewis.com
   The Water Garden
3  Suite 2050 North
   1601 Cloverfield Boulevard
4  Santa Monica, California  90404-4082
   Telephone:  310.907.1000
5  Facsimile:  310.907.2000

6  Attorneys for Defendant
   Richard Chong
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | No. 3:13CR00442-001 JST
12 |     Plaintiff,                  | [PROPOSED] ORDER
                                       TERMINATING PROBATION
13 |     v.
14 | RICHARD CHONG,
15 |     Defendant.

[PROPOSED] ORDER FOR EARLY TERMINATION OF PROBATION
3:13CR00442-001 JST

A/76595407.1

The Court having reviewed the Stipulation of the Parties for Early Termination of Probation, and good cause appearing therefor, the Court finds that:

1. Defendant has satisfied all conditions of his probation, including 200 hours of community service.

2. The sentencing factors enumerated in 18 U.S.C. § 3553(a) support early termination of probation in this case.

Accordingly, IT IS HEREBY ORDERED THAT defendant's probation is terminated effective as of the date of this order.

DATED: January 16, 2015

_____
HONORABLE JON S. TIGAR
United States District Judge